ACCEPTED
15-25-00167-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 10:59 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-25-00167-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 10:59:01 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Shannon Medical Center | § | |
| | § | Court of Appeals of Texas |
| v. | § | |
| | § | |
| Michael Sickels, *et al.* | § | Fifteenth District |

---

**Appellees' Unopposed Motion to Extend Time
to File Appellees' Brief**

---

Appellees Michael Sickels and James Christopher Cole respectfully request this Court to grant this unopposed motion and to extend their deadline to file their brief to **January 12, 2026** for the following reasons:

1.     Appellant filed its brief in this accelerated appeal on November 24, 2025.

2.     Under the rules, Appellees' brief is currently due December 16, 2025.

3.     Appellees respectfully request a 44-day extension of their deadline because, in the days and weeks after Appellant filed its brief, their undersigned appellate counsel has been responsible for the following additional obligations:

— November 27–30, 2025: Thanksgiving holiday with family and preparation for ten-day jury trial, which began on December 1,

- 1 -

2025 in *Forrest v. Lucas Construction Co.*, and is pending in the 122nd District Court of Galveston County, Texas as Cause No. 23-CV-1475;

— December 11, 2025: Reply brief due in *Bencomo v. Embrey Management Services*, which is pending in Texas's Eleventh Court of Appeals as Case No. 11-25-00152-CV;

— December 18, 2025: Motion for rehearing due in *Elite Protective Services LLC v. Black*, which is pending in Texas's Fourteenth Court of Appeals as Case No. 14-24-00423-CV;

— December 26–30, 2025: Pre-planned and pre-paid out-of-state trip with family;

— December 29, 2025: Reply brief due in *Debord v. Levya*, which is pending in Texas's Fifth Court of Appeals as Case No. 05-25-00646-CV; and

— January 6, 2025: Reply brief due in *Salazar v. First Alarm Security & Patrol Inc.*, which is pending in California's Sixth District Court of Appeal as Case No. H052632.

4. This is Appellees' first request for an extension of any deadline in this appeal; this Court granted Appellant two extensions totaling 44 days.

5. Because Appellant's counsel does not oppose this extension, Appellant will not suffer any prejudice if this motion is granted.

6. This motion is not made for purposes of delay.

Respectfully submitted,

*/s/ Matthew J. Kita*
Matthew J. Kita
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

Counsel for Appellees

## Certificate of Conference

On November 27, 2025, I conferenced with counsel for Appellant, David Walsh, via e-mail regarding the merits of this motion and he represented that he does not oppose the relief requested.

*/s/ Matthew J. Kita*
Matthew J. Kita

## Certificate of Service

I certify that on December 5, 2025, I served a copy of this motion on the following counsel of record in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's local rules:

*Counsel for Appellant*:

David Walsh
dwalsh@kaktxlaw.com

/s/ Matthew J. Kita
Matthew J. Kita

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 108764803
Filing Code Description: Motion
Filing Description: Appellees??? Unopposed Motion to Extend Time  to File Appellees??? Brief
Status as of 12/5/2025 11:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kyle Dreyer | 6119500 | kdreyer@mytexasfirm.com | 12/5/2025 10:59:01 AM | SENT |
| David Walsh | | dwalsh@katxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| Jeffery M.Kershaw | | kalawefiling@katxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| E-Service KAK | | e-service@kaktxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| Laurie Stroh | | lstroh@kaktxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| Jacqueline Cochrane | | jcochrane@kaktxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| Ana Romano | | aromano@kaktxlaw.com | 12/5/2025 10:59:01 AM | SENT |
| Josh Flippin | | legal@mytexasfirm.com | 12/5/2025 10:59:01 AM | SENT |